UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Lycurtis Quamae Leon Thompson**               **Docket No. 5:18-CR-214-1D**

### Petition for Action on Supervised Release

COMES NOW Timothy L. Gupton, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Lycurtis Quamae Leon Thompson, who, upon an earlier plea of guilty to Felon in Possession of a Firearm and Ammunition, was sentenced by the Honorable James C. Dever III, U.S. District Judge, on November 20, 2018, to the custody of the Bureau of Prisons for a term of 48 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Lycurtis Quamae Leon Thompson was released from custody on August 10, 2021, at which time the term of supervised release commenced.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On August 23, 2021, the defendant tested positive for cocaine and Oxymorphone. He admitted to using cocaine and further reported he had taken a pain pill that was given to him by his grandmother. Thompson also tested positive for cocaine on September 21, 2021. The defendant also admitted to using cocaine on this occasion due to anxiety issues. The defendant has been referred for mental health and substance abuse assessments, has been enrolled in the Surprise Urinalysis Program (SUP), and is being recommended for 12 hours of community service. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 12 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, the required fee is waived.

Except as herein modified, the judgment shall remain in full force and effect.

        I declare under penalty of perjury that the foregoing is true and correct.

        /s/ Timothy L. Gupton
        Timothy L. Gupton
        Senior U.S. Probation Officer
        310 New Bern Avenue, Room 610
        Raleigh, NC 27601-1441
        Phone: 919-861-8686
        Executed On: September 30, 2021

Lycurtis Quamae Leon Thompson
Docket No. 5:18-CR-214-1D
Petition for Action
Page 2

## ORDER OF THE COURT

Considered and ordered this ___1___ day of __October__, 2021, and ordered filed and made a part of the records in the above case.

_/s/ J. Dever_
James C. Dever III
U.S. District Judge